**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Allan Danley | Chapter: 13 |
| | Case No: 13−15449 |
| Debtor | Judge William C. Hillman |

### ORDER OF DISMISSAL

Due to the failure of the Debtor to comply with the Court's Order of **SEPTEMBER 16, 2013** , and the Debtor having failed to file timely the **Certificate of Credit Counseling, Chapter 13 Plan, and Evidence of Current Liability Insurance** , it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

By the Court,

_____
U.S. Bankruptcy Judge

10/01/2013